| | |
|---|---|
| JODI LINKER<br>Federal Public Defender<br>Northern District of California<br>ANAIS CARELL<br>Fellowship Assistant Federal Public Defender<br>13th Floor Federal Building - Suite 1350N<br>1301 Clay Street<br>Oakland, CA 94612<br>Telephone:  (510) 637-3500<br>Facsimile:   (415) 517-8647<br>Email:        Anais_Carell@fd.org | **FILED**<br><br>Aug 18 2025<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |

Counsel for Defendant ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MARK ALLEN,<br><br>   Defendant. | Case No.: 4:25–mj-70977 MAG<br><br>**STIPULATION AND ORDER (AS MODIFIED) TO CONTINUE ATTORNEY APPOINTMENT HEARING, DETENTION HEARING AND STATUS CONFERENCE, EXCLUDE TIME, AND EXTEND DEADLINES UNDER THE SPEEDY TRIAL ACT AND FED R. CRIM. P. 5.1 TO AUGUST 21, 2025** |

IT IS HEREBY STIPULATED, by and between the parties to this action that the detention hearing and status conference for defendant Mark Allen scheduled for August 19, 2025, before the duty magistrate judge, be continued to August 21, 2025, at 10:30 a.m. before the duty magistrate for detention hearing and status. The reason for the continuance is as follows: A potential surety is available to attend the detention hearing and status conference on August 21, 2025; and defense counsel is reviewing discovery relevant to the detention hearing. The continuance is sought under the

1  Speedy Trial Act. The parties agree and stipulate that the time until August 21, 2025, should be
2  excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation of counsel because
3  the ends of justice served by the granting of the continuance outweigh the best interests of the public
4  and defendant in a speedy and public trial for the reasons described above.
5       The parties further stipulate that, with the consent of the defendant, there is good cause for
6  extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and
7  for extending the 30-day time period for an indictment under the Speedy Trial Act for the reasons
8  discussed above. See Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

Dated:   August 18, 2025

JODI LINKER
Federal Public Defender
Northern District of California

_____/S/_____
ANAIS CARELL
Fellowship Assistant Federal Public Defender

Dated:   August 18, 2025

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

_____/S/_____
ZACHARY M. GLIMCHER
Special Assistant United States Attorney

STIP & ORDER (AS MODIFIED) RE: HEARING TO 8/21/25
*ALLEN*, 4:25–mj-70977 MAG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MARK ALLEN,<br><br>  Defendant. | Case No.: 4:25–mj-70977 MAG<br><br>**ORDER (AS MODIFIED) TO CONTINUE ATTORNEY APPOINTMENT HEARING, DETENTION HEARING AND STATUS CONFERENCE, EXCLUDE TIME, AND EXTEND DEADLINES UNDER THE SPEEDY TRIAL ACT AND FED R. CRIM. P. 5.1 TO AUGUST 21, 2025** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the attorney appointment hearing, detention hearing and status conference for defendant Mark Allen, currently scheduled for August 19, 2025, at 10:30 a.m., be continued to August 21, 2025, at 10:30 a.m., before the duty magistrate for attorney appointment hearing, detention hearing and status.

IT IS FURTHER ORDERED that the time until August 21, 2025, be hereby excluded from the Speedy Trial Act, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation taking into account due diligence. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The Court further finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and extending the 30-day time period for an indictment under the Speedy Trial Act for the reasons discussed above. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

**IT IS SO ORDERED AS MODIFIED.**

Dated:  August 18, 2025



HON. DONNA M. RYU
United States Magistrate Judge