JODI LINKER
Federal Public Defender
Northern District of California
ANAIS CARELL
Fellowship Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Cellular telephone:   (415) 517-8449
Email:        anais_carell@fd.org


Counsel for Defendant ALLEN



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION


| UNITED STATES OF AMERICA, | **Case No.:** 4:25–MJ-70977 MAG |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, EXCLUDE TIME, AND EXTEND DEADLINES UNDER THE SPEEDY TRIAL ACT AND FED R. CRIM. P. 5.1 TO NOVEMBER 13, 2025** |
| v. | |
| MARK ALLEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action that the status hearing

for defendant Mark Allen scheduled for October 7, 2025, before the duty magistrate judge, be

continued to November 13, 2025, at 10:30 a.m. before the duty magistrate for status. The reason for

the continuance is as follows: Defense counsel has received and is reviewing discovery; and defense

counsel needs additional time to review the discovery and confer with Mr. Allen, who is finishing his

blackout period at New Bridge. The continuance is sought under the Speedy Trial Act. The parties

agree and stipulate that the time until November 13, 2025, should be excluded, under 18 U.S.C.

STIP & ORDER RE: STATUS TO 11/13/25
*ALLEN*, 4:25–MJ-70977 MAG

1    §3161(H)(7)(A) and (B)(iv), for effective preparation of counsel because the ends of justice served by

2    the granting of the continuance outweigh the best interests of the public and defendant in a speedy

3    and public trial for the reasons described above.

4            The parties further stipulate that, with the consent of the defendant, there is good cause for

5    extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and

6    for extending the 30-day time period for an indictment under the Speedy Trial Act for the reasons

7    discussed above. See Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

8

9                                    IT IS SO STIPULATED.

10

11   Dated:      October 3, 2025

12                                    JODI LINKER
                                     Federal Public Defender
13                                   Northern District of California

14                                   _____/S/_____
                                     ANAIS CARELL
15                                   Fellowship Assistant Federal Public Defender

16

17   Dated:      October 3, 2025

18                                   CRAIG H. MISSAKIAN
                                     United States Attorney
19                                   Northern District of California

20                                   _____/S/_____
                                     ZACHARY M. GLIMCHER
21                                   Assistant United States Attorney

22

23

24

25

26

27

28

STIP & ORDER RE: STATUS TO 11/13/25
*ALLEN*, 4:25–MJ-70977 MAG

                                        2

1

2

3                        IN THE UNITED STATES DISTRICT COURT

4                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                                  OAKLAND DIVISION

6

7    UNITED STATES OF AMERICA,                    **Case No.:** 4:25–MJ-70977 MAG

8            Plaintiff,                           **ORDER TO CONTINUE STATUS**
                                                  **CONFERENCE, EXCLUDE TIME, AND**
9        v.                                       **EXTEND DEADLINES UNDER THE**
                                                  **SPEEDY TRIAL ACT AND FED R.**
10   MARK ALLEN,                                  **CRIM. P. 5.1 TO NOVEMBER 13, 2025**

11           Defendant.

12

13

14          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing for

defendant Mark Allen, currently scheduled for October 7, 2025, at 10:30 a.m., be continued to

15   November 13, 2025, at 10:30 a.m., before the duty magistrate for status.

16          IT IS FURTHER ORDERED that the time until November 13, 2025, be hereby excluded from

17   the Speedy Trial Act, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation taking

18   into account due diligence. The Court finds that the ends of justice served by the granting of the

19   continuance outweigh the best interests of the public and the defendant in a speedy and public trial.

20   The Court further finds good cause for extending the time limits for a preliminary hearing under

21   Federal Rule of Criminal Procedure 5.1 and extending the 30-day time period for an indictment under

22   the Speedy Trial Act for the reasons discussed above. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

23

24          **IT IS SO ORDERED.**

25

26   Dated:        October 6, 2025

27
                                                 _____
28                                               HON. DONNA M. RYU
                                                 Chief Magistrate Judge

ORDER RE: STATUS TO 11/13/25
*ALLEN*, 4:25–MJ-70977 MAG