IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK ALLEN,<br><br>Defendant. | Case No.: CR 4:25–MJ-70977 MAG<br><br>[~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE, EXCLUDE TIME, AND EXTEND DEADLINES UNDER THE SPEEDY TRIAL ACT AND FED R. CRIM. P. 5.1 TO JANUARY 13, 2026 |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing for defendant Mark Allen, currently scheduled for December 16, 2025, at 11:00 a.m., be continued to January 13, 2026, at 11:00 a.m., before the duty magistrate judge for status.

IT IS FURTHER ORDERED that the time until January 13, 2026, be hereby excluded from the Speedy Trial Act, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation taking into account due diligence. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The Court further finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and extending the 30-day time period for an indictment under the Speedy Trial Act for the reasons discussed above. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

Dated: **December 15, 2025**

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge

[~~PROPOSED~~] ORDER RE: STATUS TO 1/13/26
*ALLEN*, CR 4:25–MJ-70977 MAG

1